IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GENEVA LANGWORTHY,

      Plaintiff,

v.                                                             No. 1:24-cv-01229-KG-LF

STATE OF NEW MEXICO and
COLFAX COUNTY,

      Defendants.

## ORDER REGARDING RESTRICTED DOCUMENT

Plaintiff filed a Notice of Readiness "Ex Parte" which restricts access to the Notice to Court users and Plaintiff. *See* Doc. 21, filed March 5, 2025. The Court notified Plaintiff that the Court may seal documents if the public's right of access is outweighed by competing interests and that Plaintiff has not shown a real and substantial interest that justifies depriving the Defendants and the public of access to the Motion. *See* Order to Show Cause, Doc. 22, filed March 13, 2025. The Court ordered Plaintiff to show cause why the Court should not make the Motion available to Defendants and the public and notified Plaintiff that failure to timely show cause may result in the Court granting Defendants and the public access to the Motion. Plaintiff did not show cause by the March 27, 2025, deadline.

**IT IS ORDERED** that the Clerk remove the restriction on Plaintiff's Notice of Readiness, Doc. 21, filed March 5, 2025, and make the document accessible to Defendants and the public.

                                             /s/ KENNETH J. GONZALES[1]
                                             CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.